IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MCWANE, INC. | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. C-1-00-986 |
| | * | |
| FIDELITY & DEPOSIT CO. | * | (Judge Herman J. Weber) |
| | * | |
| | * | |
|     Defendants, | * | |
| | * | |

**O R D E R**

Pursuant to the Judgment entered by the United States Court of Appeals on June 22, 2004, the above styled case was reinstated to the active docket of this Court.

Counsel are hereby directed to file a Joint Status Report and Proposed Scheduling Order on or before August 9, 2004.

IT IS SO ORDERED.

  s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court