**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
JAMES BONINI
CLERK

04 JUL 16 AM 8:46

No: 02-4152: 02-4225

Filed: July 14, 2004

MCWANE INC

    Plaintiff - Appellant Cross-Appellee

1:00cv986

v.

GROOMS CONSTRUCTION COMPANY INC.; HIGHLAND COUNTY WATER COMPANY INC.;

    Defendants

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

    Defendant - Appellee Cross-Appellant

### MANDATE

Pursuant to the court's disposition that was filed 6/22/04 the mandate for this case hereby issues today.

A True Copy.

COSTS: None

Attest:

*Linda Kantor*
Deputy Clerk