IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| McWane, Inc. | : | |
| Plaintiff, | : | Case No. C-1-00-986 |
| v. | : | Judge Herman J. Weber |
| Fidelity & Deposit Company of Maryland, | : | |
| Defendant. | : | |

### JOINT STATUS REPORT

Plaintiff, McWane, Inc. and Defendant, Fidelity & Deposit Company of Maryland,

submit the following Joint Status Report in compliance with the Court's Order of July 8,

2004:

Plaintiff, McWane, Inc. has accepted Defendant Fidelity & Deposit Company of

Maryland's July 23, 2004 Offer of Judgment pursuant to Civil Rule 68.  Because

Plaintiff's lead counsel is out-of-town for the week, the appropriate documents so that a

judgment may be entered will be filed with the Court after his return.

/s/ William H. Woods
William H. Woods (0006748)
McNamara & McNamara, L.L.P.
88 East Broad Street, Suite 1250
Columbus, OH 43215
Phone (614) 228-6131/FAX 228-6126
whwoods@mcnamaralaw.us

/s/ Daniel F. Gourash
Daniel F. Gourash (0032413)
Porter Wright Morris & Arthur, L.L.P.
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115
Phone (216) 443-9000
dgourash@porterwright.com